UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MARCUS CHANDLER | ) | CASE NO.  4:10CV591 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | OPINION AND ORDER |
| | ) | |
| | ) | |
| DR. M. ESCOBAR, et al., | ) | |
| | ) | |
| | ) | |
| DEFENDANTS. | ) | |

In this civil rights action, Plaintiff Marcus Chandler, a pro se prisoner, claims that Defendants have been deliberately indifferent to his medical needs. On August 9, 2010, Plaintiff filed a motion for a temporary restraining order and for a preliminary injunction requiring Defendants to obtain a "suitable doctor" to address Plaintiff's medical ailments. (Doc. No. 7.) The Court referred this matter to the Magistrate Judge for the preparation of a Report and Recommendation, and for general pre-trial supervision. On August 16, 2010, the Magistrate Judge conducted a telephone conference in regard to Plaintiff's motion.

In a Report and Recommendation dated August 20, 2010, Magistrate Judge Pearson recommended that the Court deny Plaintiff's motion for injunctive relief because Plaintiff is receiving medical treatment for his ailments, and that he is unlikely to be able to establish that Defendants have been "deliberately indifferent" to his medical needs. The Magistrate Judge also found that Plaintiff's alleged threat of irreparable harm

while he is receiving medical care is too speculative to compel the granting of injunctive relief. (Report at 5-6.)

Federal Rules of Civil Procedure 72(b) provides that objections to a report and recommendation must be filed within fourteen (14) days after service, but Plaintiff has failed to timely file any such objections. Therefore, the Court must assume that Plaintiff is satisfied with the Magistrate Judge's recommendation. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985); *Howard v. Secretary of Health and Human Services*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

Therefore, Magistrate Judge Pearson's Report and Recommendation is hereby **ADOPTED** and Plaintiff's motion for a temporary restraining order and for a preliminary injunction (Doc. No. 7) is **DENIED**.

**IT IS SO ORDERED**.

Dated: September 7, 2010

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**